UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 13-25077 |
| NATIONAL TELEREP MARKETING SYSTEMS, LTD, | CHAPTER 11 |
| DEBTOR. | HON. JANET S. BAER |

### ORDER APPROVING BIDDING PROCEDURES
### IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL ASSETS

This matter having been presented to the Court upon the Debtor's Motion To Set Bidding Procedures in Connection with Sale of Substantially All Assets, to Sell Substantially All of the Debtor's Assets to Winning Bidder under Section 363 of the Bankruptcy Code and to Assume and Assign Executory Contracts (the "Motion"); and the Court having reviewed and considered the Motion and the Objection thereto filed by John Sammarco and based upon the record before the Court, the Court hereby Orders that:

1. The Motion is granted, but only upon the terms and conditions set forth herein;

2. The hearing to approve the sale of the Debtor's assets will take place at __10:00 a.m.__ on __October 2__, 2013, in Courtroom 615 of the Dirksen Federal Courthouse at 219 South Dearborn Street, Chicago, Illinois.

3. The following bid procedures are approved:

    A.   **Date of Auction.** If there is at least one Competing Bid (*e.g.*, at least one party other than Purchaser who is a Qualified Bidder), the Debtor will ask the Court to adjourn the hearing on the Motion for the purpose of conducting the Auction which shall take place at the following location, date and time:

        PLACE:   United States Bankruptcy Court

Courtroom 615
219 South Dearborn Street
Chicago, Illinois 60603

DATE: October 1, 2013.

TIME: 10:00 am, Prevailing Central Time

B. **Publication of Auction.** The Debtor shall publish a notice of the Auction in the Sunday edition of the Chicago Tribune at least 14 days prior to the Bid Deadline, advising of the opportunity to become a Qualified Bidder and participate in the Auction. The Debtor shall send Notice of the Auction to all parties in the bankruptcy case not less than 21 days prior to the Sale Hearing.

C. **Qualification to Participate and Bid.** All persons or entities wishing to participate in the Auction (each a "Potential Bidder") must be a "Qualified Bidder." To be a Qualified Bidder, a Potential Bidder must provide counsel for the Debtor with the following no later than 15 days before the Bid Deadline (defined *infra* as 5 business days before the Sale Hearing): (1) a participation deposit (the "Participation Deposit") in the amount of $75,000.00 in immediately available funds (in order to proceed with the stalking horse offer, the Purchaser is required to deposit the Participation Deposit); (2) the most recent financial statements of the Potential Bidder (or if the Potential Bidder is an entity formed for the purpose of acquiring the Sale Assets, current financial statements of the equity holders of such Potential Bidder) and such other evidence of financial wherewithal and any other information the Debtor, in consultation with Signature Bank, may, in their discretion, require to determine the Potential Bidder is able to consummate the transaction on terms analogous to those contemplated hereby; a marked version of the APA, in "red-line" format showing changes from the APA submitted by Purchaser and the terms upon which the Potential Bidder is prepared to execute upon becoming the Winning Bidder. Any Potential Bidder who, in the Debtor's judgment, upon consultation with Signature Bank is not able to consummate the transaction on terms analogous to those contemplated hereby shall not be a Qualified Bidder. The foregoing information shall be delivered to Debtors' counsel at the following address:

William Factor
The Law Office of William J. Factor, Ltd.
105 W. Madison Street
Suite 1500
Chicago, Illinois 60602
Phone: (312) 878-6146
Fax: (847) 574-8233

To submit a Bid, a Qualified Bidder must submit on or before the Bid Deadline

A copy of the Bid shall also be delivered to Purchaser' counsel and counsel for Signature Bank at the following addresses:

**COUNSEL TO PURCHASER**
Kenneth Richman
Burke, Warren, MacKay & Seritella, P.C.

330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611-3607
Phone: (312) 840-7000
Fax: (312) 840-7900

**COUNSEL TO SIGNATURE BANK**
Ryan Potts
Brotschul & Potts
230 W. Monroe Street
Suite 230
Chicago, Illinois 60606
Phone: (312) 551-9003
Fax: (312) 277-3278

D. **Designation of Contracts.** Purchaser and each Qualified Bidder will designate, in writing, the Contracts it desires to acquire and have assigned to it by the Debtor, in writing, on or before the Bid Deadline.

E. **Submission of Bids**. Bids must be received no later than 5:00 p.m. central time on the date that is 5 business days before the Sale Hearing (the "Bid Deadline").

F. **Minimum Bids**. All Initial Bids must contain terms which are substantially similar to the APA and must exceed the total consideration payable under the APA, including all cash, non-cash consideration and assumed liabilities by at least $20,000.00. The Debtor ascribes a value of $700,000 to the offer Purchaser submitted. Any subsequent bids must be in increments of at least $10,000.00. Debtor, in consultation with Signature Bank, reserves the right to reject Initial Bids which do not substantially conform to the APA.

G. **Appearance at the Auction**. All Qualified Bidders must appear in person, or through a duly authorized agent, at the Auction and sign the Official Sign-In Sheet, acknowledging their interest in participating and their familiarity with and acceptance of the all of the Terms and Procedures.

H. **Cancellation of Auction**. The Debtor, in consultation with Signature Bank, reserves the absolute right in its sole discretion to cancel any Auction and to terminate its efforts to proceed with the sale of the Sale Assets.

I. **Asset Purchase Agreement**. The Winning Bidder will have to execute an asset purchase agreement substantially in the form of that attached hereto with such changes and modifications that were provided in such bidder's red-line markup of the APA, and such changes and modifications required by the Debtor.

J. **Free and Clear of Claims and Encumbrances**. Except for the Assumed Liabilities, the Sale Assets will be sold free and clear of all Claims, Interests and Encumbrances with all Claims, Interests and Encumbrances, if any, attaching to the gross proceeds of the sale, with the same force and in the same priority as currently exists, subject to the order of this Court approving the sale.

K. **Representations.** Unless otherwise specifically agreed to, the Sale Assets will be transferred to the Winning Bidder pursuant to a bill of sale conveying good, marketable and exclusive title, free and clear of all claims, interests and encumbrances.

L. **Due Diligence**. After entering into a confidentiality agreement (the form of which will be provided to any Potential Bidder upon request to Debtor's counsel and shall be in a form approved by the Debtor), and delivering a Participation Deposit, the Debtor will grant reasonable access to due diligence materials and relevant financial information to any person expressing an interest in viewing the same for the purpose of making a bid.

M. **Duty to Inspect.** Each Qualified Bidder will be deemed to have reviewed and inspected the Sale Assets, relevant financial information and all other pertinent documents of the Debtor before bidding. By submitting a Bid, each Qualified Bidder agrees that such Qualified Bidder is relying exclusively upon such review and inspection in making a bid.

N. **Auction**. There will only be an Auction if the Debtor receives on or before the Bid Deadline a bid, or bids, from one or more Qualified Bidders other than Purchaser (a "Competing Bid"). If there are no Competing Bids, and the offer submitted by Purchaser is the only offer for the Sale Assets, then the Debtor will seek at the Sale Hearing the entry of an Order approving the offer submitted by Purchaser. If the Debtor receives one or more Competing Bids, then the Auction will take place at the time set forth above (e.g., at 10:00 a.m. on TBD).

O. **Winning Bidder**. The entity that, in the Debtor's judgment, submits at the Auction the highest and best offer for the Sale Assets will be deemed the "Winning Bidder."

P. **Auction Rules**. The Debtor, in consultation with Signature Bank, may adopt additional rules for the Auction not inconsistent with the terms and procedures set forth herein.

Q. **Bidding on Sale Assets**. Bids may only be made on the Sale Assets as a whole. Bids for a portion of the Sale Assets will not be considered.

R. **Breakup Fee**. Purchaser will be paid a breakup fee in the amount of $10,000.00 (the "Breakup Fee") if the Winning Bidder is not Purchaser, and the Debtor consummates the sale of the Sale Assets to the Winning Bidder.

S. **Participation Deposit**. The Participation Deposits of all Qualified Bidders or any other entity that has provided a Participation Deposit will be deposited into a separate account with the Debtor's counsel (the "Deposit Account"). The Debtors will return all Participation Deposits no later than ten (10) business days after the completion of the Auction with the exception of the Participation Deposit that belongs to the Winning Bidder, which will be applied to the Purchase Price.

T. **Closing.** The sale of the Sale Assets to the Winning Bidder will take place within ten (10) business days of the conclusion of the Auction, and at the closing the Breakup Fee will be paid to Purchaser out of the proceeds in the event Purchaser is not the Winning Bidder. If the Winning Bidder does not consummate the acquisition of the Sale Assets within ten (10) business days of the conclusion of the Auction, such failure to consummate will constitute an irrevocable default on the part of the Winning Bidder.

U. **Winning Bidder Default**. In the event of a default by the Winning Bidder (including a default caused by the Winning Bidder not consummating the acquisition of the Sale Assets within ten (10) business days of the conclusion of the Auction), the Participation Deposit of such Winning Bidder will be treated as liquidated damages or as a partial contribution toward damages, to be determined at a later date, at the discretion of the Debtor. The Participation Deposit of the defaulting Winning Bidder will not be transferred from the Deposit Account except pursuant to further order of this Court.

V. **Right of Purchaser Upon Default By Successful Bidder.** In the event the Winning Bidder is not the Purchaser, and in the further event of a default by such Winning Bidder (including a default caused by the Winning Bidder not consummating the acquisition of the Assets within ten (10) business days of the conclusion of the Auction), if Purchaser is the next highest bidder, then Purchaser will have the right, but not the obligation, to consummate the purchase of the Sale Assets no later than ten (10) business days after the default by the Winning Bidder, upon the terms and conditions and for the consideration set forth in APA. If Purchaser is not the next highest bidder, then Purchaser will have the right, but not the obligation to consummate the purchase of the Sale Assets no later than ten (10) business days after the next highest bidder elects not to proceed as the Purchaser or defaults under the terms set forth for a Winning Bidder.

W. **Possession**. The ultimate purchaser of the Sale Assets will take possession of the same immediately after the closing.

X. **Disputes**. The Debtor will have no duties or obligations except those expressly set forth herein.

Y. **No Contingencies**. The only contingencies allowable are those set forth in the APA.

Z. **Jurisdiction of the Court**. All Bidders are deemed to have submitted to the exclusive jurisdiction of the Court with respect to all matters related to the Auction and the terms and conditions of the transfer of the Sale Assets. If there is an Auction (e.g., one or more Competing Bids have been received prior to the Bid Deadline), at the conclusion of the Auction, and as soon as the Debtor has determined which party is the Winning Bidder, the Debtor shall present the bid submitted by the Winning Bidder (the "Winning Bid") to the Bankruptcy Court and request the entry of an Order approving the sale to the Winning Bidder. The specific form of the Order will depend upon the terms and conditions of the Winning Bid. In the event there is no Auction, the Debtor will ask the Bankruptcy Court to enter the proposed order attached to the APA (the "Sale Order").

AA. **Assigned Contracts.** Immediately after the Bid Deadline, the Debtor will file a notice with the Court of the Contracts that Purchaser and each Qualified Bidder wishes to assume (an "Assigned Contract"). Debtor shall file with the Court and serve on each party to an Assigned Contract, a cure notice (the "Cure Notice"), and a Motion seeking authority to assume the Assigned Contract within 3 business days of the Sale Hearing. The Cure Notice will state the cure amount that the Debtor believes is necessary to assume and assign such Assigned Contract pursuant to Section 365 of the Bankruptcy Code (the "Cure Amount") and notify each such party

thereto that such party's Contract may be assumed and assigned to the Purchaser.

BB. **Cure Objection Deadline.** Any objection to the Cure Amount must be filed on or before the Sale Hearing (the "Cure Objection Deadline"). Any objection to the Cure Amount must state with specificity what cure the party to the Assigned Contract believes is required, along with appropriate and sufficient documentation in support thereof.

CC. **Cure Hearing.** The Cure Hearing, if any, shall be held at the Sale Hearing, immediately following the hearing on the approval of the sale, or continued to a further date to the extent necessary. If no objection is timely received, or if an objection is filed without appropriate and sufficient accompanying documentary support, the Cure Amount set forth in the Cure Notice will be controlling notwithstanding anything to the contrary in the Assigned Contract or other document, and the non-debtor party to such Assigned Contract will be forever barred from asserting any other claim arising prior to the assignment against the Debtors or the Purchaser as to such Assigned Contract.

4. The Notice of Sale of Substantially all of the Debtor's Assets and of the Sales Terms and Procedures Thereof that was annexed to the Motion is approved.

ENTERED:

_____
Janet S. Baer, United States Bankruptcy Judge

9-3-13