UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>NATIONAL TELEREP MARKETING SYSTEMS, LTD.<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   13-25077<br><br>Chapter:  11<br>Honorable Janet S. Baer |

## ORDER AT STATUS

This matter coming to be heard for status and hearing on outstanding due diligence and other issues pertaining to the sale of the Debtor's assets (the "Sale"), due notice having been given, the parties having submitted their Joint Statement of Areas of Disagreement Relating to Due Diligence (the "Joint Statement"), the Court having been fully advised, IT IS HEREBY ORDERED THAT:

1. On or before October 30, 2013, the stalking horse bidder in the Sale is to file a final Asset Purchase Agreement and tender it to counsel for the Debtor and Sammarco. The final Asset Purchase Agreement shall include information on Exhibit B, "Contract Assumption" and Exhibit D, "Excluded Property."

2. On or before November 6, 2013, Sammarco shall file his bid, including a redlined Asset Purchase Agreement, and/or any other materials relating to bid procedures, the sale process or otherwise.

3. The auction is set for November 12, 2013, at the Dirksen Federal Courhouse, 219 S. Dearborn Street, Chicago, Illinois, in a sixth floor conference room or a room otherwise agreed to by the parties.

4. This matter is set for status on the auction on November 12, 2013 at 11:00 a.m. in Courtroom 615.

Enter:

_/s/ Janet S. Baer_
United States Bankruptcy Judge

Dated: 10/29/13

**Prepared by:**
George P. Apostolides (6228768)
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL  60606
(312) 876-7100

Rev: 20130104_bko